James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, California Teriyaki Don, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA TERIYAKI DON, LLC;<br>CEDAR PLAZA, INC.,<br><br>　　　　Defendants. | Case Number 1:10-cv-02247-OWW-DLB<br><br>**STIPULATION EXTENDING TIME<br>TO FILE RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 144, by and between Plaintiff RONALD MOORE and Defendants CALIFORNIA TERIYAKI DON, LLC. and CEDAR PLAZA, INC., through their attorneys of record, as follows:

　　1.　California Teriyaki Don, LLC was served with the Summons and Complaint on or about December 25, 2011 and Cedar Plaza, Inc. was served with the Summons and Complaint on or about December 27, 2010;

　　2.　According to the Federal Rules, California Teriyaki Don, LLC's response to the Complaint is due on or before January 18, 2011 and Cedar Plaza, Inc.'s response to the Complaint was due on or before January 20, 2011;

　　3.　The parties are currently engaged in settlement discussions and conducting an accessibility survey;

　　4.　To allow the parties to complete the accessibility survey and engage in settlement

discussions prior to the Defendants having to file a responsive pleading, the parties have agreed that California Teriyaki Don, LLC and Cedar Plaza, Inc. may have a 60 day extension from the date California Teriyaki Don, LLC's responsive pleading was due, to answer or otherwise respond to the Complaint herein;

    5.    The parties agree that Defendants, California Teriyaki Don, LLC and Cedar Plaza, Inc. may have an extension up to and including March 21, 2011 to answer or otherwise respond to the Complaint;

    6.    The requested extension exceeds 28 days as provided in Local Rule 144(a) and thus requires this filing and court approval.

Dated: January 13, 2011

    WILKINS, DROLSHAGEN & CZESHINSKI LLP

    By   /s/ James H. Wilkins
        James H. Wilkins
    Attorneys for Defendant California Teriyaki Don, LLC

Dated: January 18, 2011

    MOORE LAW FIRM, P.C.

    By   /s/ Tanya Moore
        Tanya Moore
    Attorney for Plaintiff, Ronald Moore

Dated: January 18, 2011

    GILMORE, WOOD, VINNARD & MAGNESS, P.C.

    By   /s/ Daniel W. Rowley
        Daniel W. Rowley
    Attorney for Defendant, Cedar Plaza, Inc.

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

2

Stipulation Extending Time to File Responsive Pleading

## ORDER

Having considered the request of Plaintiff and Defendants and finding good cause, **IT IS ORDERED** that Defendants California Teriyaki Don, LLC and Cedar Plaza, Inc shall have up to and including March 21, 2011 to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

Dated: **January 19, 2011**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE