James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, California Teriyaki Don, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA TERIYAKI DON, LLC;<br>CEDAR PLAZA, INC.,<br><br>    Defendants. | Case Number 1:10-cv-02247-OWW-DLB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

    **IT IS HEREBY STIPULATED,** pursuant to Local Rule 144, by and between Plaintiff RONALD MOORE and Defendants CALIFORNIA TERIYAKI DON, LLC. and CEDAR PLAZA, INC., through their attorneys of record, as follows:

    1.    California Teriyaki Don, LLC was served with the Summons and Complaint on or about December 25, 2011 and Cedar Plaza, Inc. was served with the Summons and Complaint on or about December 27, 2010;

    2.    According to the Federal Rules, California Teriyaki Don, LLC's response to the Complaint was due on or before January 18, 2011 and Cedar Plaza, Inc.'s response to the Complaint was due on or before January 20, 2011 and the parties agreed that Defendants, California Teriyaki Don, LLC and Cedar Plaza, Inc. would have an extension up to and including March 21, 2011 to answer or otherwise respond to the Complaint;

///

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Stipulation and Order Extending Time to File Responsive Pleading

3. The parties are currently engaged in settlement discussions and conducting an accessibility survey;

4. The parties have completed the accessibility surveys and are close to reaching settlements. This stipulation is being entered into to avoid Defendants having to incur the expense and attorneys fees in having to file a responsive pleading. The parties have agreed that California Teriyaki Don, LLC and Cedar Plaza, Inc. may have an additional two week extension from the date California Teriyaki Don, LLC's responsive pleading was due, to answer or otherwise respond to the Complaint herein;

5. The parties agree that Defendants, California Teriyaki Don, LLC and Cedar Plaza, Inc. may have an additional extension up to and including April 4, 2011 to answer or otherwise respond to the Complaint;

6. The requested additional extension exceeds 28 days as provided in Local Rule 144(a) and thus requires this filing and Court approval.

Dated: March 21, 2011	WILKINS, DROLSHAGEN & CZESHINSKI LLP

By   /s/ James H. Wilkins
        James H. Wilkins
Attorneys for Defendant California Teriyaki Don, LLC

Dated: March 21, 2011	MOORE LAW FIRM, P.C.

By   /s/ Tanya Moore
        Tanya Moore
Attorney for Plaintiff, Ronald Moore

Dated: March 21, 2011	GILMORE, WOOD, VINNARD & MAGNESS, P.C.

By   /s/ Daniel W. Rowley
        Daniel W. Rowley
Attorney for Defendant, Cedar Plaza, Inc.

Stipulation and Order Extending Time to File Responsive Pleading

## **ORDER**

Having considered the request of Plaintiff and Defendants and finding good cause, **IT IS ORDERED** that Defendants California Teriyaki Don, LLC and Cedar Plaza, Inc shall have up to and including April 4, 2011 to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

**Dated:   March 21, 2011**                     **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

3

Stipulation and Order Extending Time to File Responsive Pleading