1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  RONALD MOORE,                    )  No.  1:10-CV-02247-OWW-DLB
                                     )
12           Plaintiff,               )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION; ORDER**
13      vs.                          )
                                     )
14  CALIFORNIA TERIYAKI DON, LLC, et al., )
                                     )
15           Defendants.              )
                                     )
16                                    )
                                     )
17  _____  )

18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19  California Teriyaki Don, LLC, the parties who have appeared in this action, by and through

20  their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

21  above-captioned action be dismissed with prejudice in its entirety.

22  Date: May 13, 2011                              MOORE LAW FIRM, P.C.

23

24
                                                   /s/ Tanya E. Moore
25                                                 Tanya E. Moore
                                                   Attorney for Plaintiff Ronald Moore
26

27  ///

28  ///


*Moore v. California Teriyaki Don, LLC, et al.*
Stipulation for Dismissal; Order

Page 1

Date: May 13, 2011                                    WILKINS, DROLSHAGEN &
                                                      CZESHINSKI LLP


                                                      /s/ James H. Wilkins
                                                      James H. Wilkins, Attorneys for
                                                      Defendant California Teriyaki Don, LLC

## **ORDER**

The parties who have appeared in this action having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:   **May 13, 2011**                              **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE

*Moore v. California Teriyaki Don, LLC, et al.*
Stipulation for Dismissal; Order